MARTIN ZIEGLER, Respondent, v. FRANK GRAHAM et al., Appellants.— In an action by the purchaser for specific performance of a contract for the sale and purchase of real property, order granting plaintiff's motion, under rule 113 of the Rules of Civil Practice, for summary judgment, unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.

(June 23, 1954.)

In the Matter of the Application of FRED B. CORNELS, for Admission to Practice as an Attorney. (From the State of Oklahoma.) — Application granted. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

In the Matter of the Application of EVERETT L. HOLLIS, for Admission to Practice as an Attorney. (From the State of Massachusetts.) — Application granted. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

In the Matter of the Application of WILLIAM M. WELCH, for Admission to Practice as an Attorney. (From the State of Pennsylvania.) — Application granted. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

(June 28, 1954.)

M. I. BERNETT, INC., Appellant, v. ROBERT G. BOSSERT et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. Motion for stay granted on condition that within ten days after the entry of the order hereon defendants file an undertaking for $1,250, with corporate surety, to pay the amount of the judgment and the costs of the appeal, in the event the judgment be affirmed, or the appeal therefrom be dismissed. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. [See *ante*, p. 952.]

ANNA BREWSTER, Respondent, v. GAIR REALTY CORPORATION et al., Respondents, and CITY OF NEW YORK, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

MARTIN P. CHANDLER et al., Respondents, v. AR-BETH HOMES, INC., Appellant. AR-BETH HOMES, INC., Appellant, v. MARTIN P. CHANDLER et al., Respondents.— Motion for leave to prosecute appeal on an abbreviated record denied, without costs. (See *Hopper* v. *Comfort Coal-Lumber Co.*, 276 App. Div. 869.) Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.